JAY R. WEILL (State Bar No. 75434)
E-Mail:     *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
RUNVEE, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUNVEE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:10-cv-2260-KJD-GWF<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Counter-claimant,<br><br>    v.<br><br>RUNVEE, INC.,<br><br>    Counter-defendant. | |

The parties have settled this case. Under the terms of the settlement approximately 110 acres of Las Vegas, Nevada real estate will be sold and the net proceeds divided among the parties. The parties agree that the Court should retain jurisdiction over the case until the sale of the property is consummated and the net proceeds distributed to the parties under the terms of the settlement.

The parties shall file joint status reports reporting progress on the sale of the real estate every three months from the date of this order.

Once the proceeds from the sale are distributed the Plaintiff will dismiss its Complaint and

1  the United States will dismiss its Counterclaim.

2  December 20, 2013                     SIDEMAN & BANCROFT LLP

3

4

5                                        By      /s/ Jay R. Weill
                                             Jay R. Weill
6                                            Attorneys for Plaintiff
                                             RUNVEE, INC.
7

8  December 20, 2013

9

10

11                                       By      /s/ James E. Weaver
                                             James E. Weaver
12                                           Charles M. Duffy
                                             Trial Attorneys, Tax Division
13                                           U.S. Department of Justice

14

15  SO ORDERED.

16  Dated: December 23, 2013             _____
                                         United States Magistrate Judge
17
    6755-1\1949876v1
18

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629